UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:12-CR-114-RLM |
| | ) | |
| ALVIN MAURICE LIPSEY | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 6, 2012. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 21), ACCEPTS defendant Alvin Maurice Lipsey's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. § 2113(d) and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED: January 2, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court